UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**DANIEL A. BERNATH**,

Plaintiff,

v.

**DAN R. HYATT**, in his individual capacity as Administrative Law Judge, **SIX UNIDENTIFIED FEDERAL AGENTS**, in their individual capacities as Federal Agents, **UNIDENTIFIED POLICE FORCE HIRED BY UNITED STATES**, an entity of unknown type, and **JOHN DOES 1-X**, individuals, **THE UNITED STATES, THE SOCIAL SECURITY ADMINISTRATION**, an agency of the United States, and **ROES 1 through 10**, individuals,

Defendants.

Civil Case No. 3:11-CV-00599-KI

JUDGMENT

Page 1 - JUDGMENT

Daniel A. Bernath
15532 SW Pacific Hwy
C 1 B Box 404
Tigard, Oregon  97224

       Pro Se Plaintiff


S. Amanda Marshall
United States Attorney
District of Oregon
Adrian L. Brown
Assistant United States Attorney
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204

       Attorneys for Defendants


KING, Judge:

    Based in the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

    Dated this _____8th_____ day of May, 2012.


                                  /s/ Garr M. King
                                Garr M. King
                                United States District Judge